**CHAPTER 13 TRUSTEE TRUST ACCOUNT**                                           921564

UNITED STATES BANKRUPTCY COURT          Apr 20, 2005                    $8,262.35
ROOM B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

Payments found to be undeliverable, detailed on
the attached listing, for deposit into the registry
of the court.

---

| | FIRST AMERICAN BANK & TRUST | |
| | METAIRIE, LA 70005 | 921564 |
| | 84-242/654 | |

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
   New Orleans Division

                                        DATE            AMOUNT

# 00214537 - SM                     April 20, 2005    *************$8,262.35
  April 25, 2005

                       o and 35/100 Dollars

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| TREASURY | 13-various | | 8,262.35 CR |

                       )URT

TOTAL →        8,262.35              _SJBeaulieu Jr_
                                      AUTHORIZED SIGNATURE
          ⑃ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⑃
           ⑊540 2423⑊:  690  272  3⑊"

FROM: BEAULIEU                              4/25/05
                                        of this :
                                        # 1229 00 to Treasury
                                        6047BK on
RELIEF                                  # 03-15715
  ORDERED                               Anderson
                                             tes

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0315715 | ANDERSON | SHIRLEY M | 1,279.00 | |
| | 45422 CHEMEKETTE RD | | | |
| | ROBERT LA | 70455 | | |
| 0316045 | JOSEPH | RANDY LEE | 115.20 | |
| | JOSEPH | GWENDOLYN DAVE | | |
| | 901 GRETNA BLVD | | | |
| | GRETNA LA | 70053 | | |
| 0316223 | HAMPTON | LINDA C | 115.00 | |
| | 1201 CINCLAIR LOUP | | | |
| | LAPLACE LA | 70068 | | |
| 0412750 | SLATER | LINDELL | 56.77 | WASHINGTON MUTUAL BANK |
| | | | | N 01 02 04 |
| | 4215 EAGLE ST | | | 9451 CORBIN AVE |
| | NEW ORLEANS LA | 70118 | | NORTHRIDGE CA  91324 |
| 9916372 | MAYEAUX | CHRISTOPHER | 18.25 | GORDONS |
| | MAYEAUX | CHARISSA | | |
| | 133 HELEN DR | | | PO BOX 8501 |
| | AVONDALE LA | 70094 | | SAN MARCOS TX  78666 |

                                1,584.22